# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Mark A. Bizzelle

              Plaintiff,

    V.

Randy Vension Bizzelle

              Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number:09-cv-6225 (NLH-JS)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

**IT IS ORDERED** that the application is:

☒ GRANTED, and

☒ The clerk is directed to file the complaint, and

☐ **IT IS FURTHER ORDERED** that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _____11th_____ day of _December_, 2009.

_Noel L. Hillman_
**Signature of Judicial Officer**

**Hon. Noel L. Hillman**
Name and Title of Judicial Officer